UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

TATIANA KOLOSOVA,

                        Plaintiff,

            v.

LEUCADIA NATIONAL CORPORATION,
JEFFERIES GROUP LLC, JEFFERIES LLC, AND M
SCIENCE LLC,

                        Defendants.

———————————————————————— X

**ECF**

17-cv- 2710 (PKC)

**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANTS**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, by their undersigned attorneys, hereby state that: (1) Leucadia National Corporation ("Leucadia") is the direct parent of M Science Holdings LLC, which is the direct parent of M Science LLC; (2) Leucadia is the direct parent of Limestone Merger Sub, LLC, which is the direct parent of Jefferies Group LLC, and (3) Jefferies Group LLC is the direct parent of Jefferies LLC.

        Leucadia is a public company whose common stock is publicly traded and is owned by various individuals and entities. No publicly held company has an ownership interest of 10% or more in Leucadia as of the date of this filing.

Date:   June 14, 2017
           New York, New York

                                 Respectfully submitted,

                                 By:   /s/ Kevin B. Leblang
                                         Kevin B. Leblang
                                         Izabel P. McDonald
                                         Sarah B. Hanson
                                         kleblang@kramerlevin.com
                                         imcdonald@kramerlevin.com
                                         shanson@kramerlevin.com
                             1177 Avenue of the Americas
                             New York, New York 10036
                             (212) 715-9100

                             *Attorneys for Defendants*
                             Leucadia National Corporation, Jefferies Group LLC,
                             Jefferies LLC, and M Science LLC.