LAW OFFICES OF
# ERIC DINNOCENZO

469 Seventh Avenue
Suite 1215
New York, NY 10018

Telephone: (212) 933-1675
Fax: (212) 249-5624
E-mail: eric@dinnocenzolaw.com
Website: www.dinnocenzolaw.com

New Jersey (By Appt. Only)
1199 Route 22 East
Mountainside, NJ 07092

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 7/10/17*

July 10, 2017

Hon. Kevin Castel
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Kolosova v. Leucadia Nat'l Corp. et. al.
    17-cv-2710 (PKC)

Dear Judge Castel:

I have represented the plaintiff, Tatiana Kolosova, in this whistleblower retaliation action brought under the Sarbanes-Oxley and Dodd-Frank Acts. I am writing to notify the Court that I have been discharged as counsel for plaintiff.

On June 29, 2017 the parties participated in a court-ordered mediation, and on July 5, 2017 they agreed to a settlement of the action for a specific monetary amount. Only four days later, on July 9, 2017, before any settlement papers were executed, Ms. Kolosova discharged me as counsel. As I represented Ms. Kolosova pursuant to a contingent fee agreement, and was discharged only days after securing a settlement amount for her, I have notified defendants that I am asserting a charging lien against any recovery in the case. It is my understanding that, if a recovery is made by Ms. Kolosova, there may have to be further proceedings before Your Honor regarding the enforcement of the lien. I therefore respectfully suggest that an in-person conference before the Court, with all parties present, may be useful and appropriate.

Alternatively, I request to be relieved as counsel in this action and for Ms. Kolosova to be afforded time to find new counsel.

Thank you.

Very truly yours,

*s/Eric Dinnocenzo*

Eric Dinnocenzo

---

*Handwritten memo endorsement:* Leave of Court is required in order to withdraw as counsel. Local Civil Rule 1.4. If you wish to withdraw, file a motion on notice to your client and to the opposing party.

SO ORDERED
/s/ [signature] USDJ
7-10-17

cc: Tanya Kolosova (via email and regular mail)

Kevin Leblang (via ECF)